UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STACEY EVAN PETIT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-01763-JPH-MPB |
| | ) | |
| GRANT COUNTY SHERIFF'S OFFICE, | ) | |
| REGGIE NEVELS, | ) | |
| FLANNIGAN CPI, | ) | |
| JOHN DOE, | ) | |
| | ) | |
| Defendants. | ) | |

**Order Directing Transfer of Action to the
Northern District of Indiana, Fort Wayne Division**

Plaintiff Stacey Evan Petit commenced this action on June 30, 2020, naming officials in Grant County, Indiana, as defendants for actions occurring in that county. The plaintiff resides in Florida, where he is incarcerated, and the defendants are presumed to reside in or near Grant County. Dkt. 1. Thus venue for this action is in the Northern District of Indiana, Fort Wayne Division. *See* 28 U.S.C. §§ 1391(b) & 94(a)(1). There appears to be no connection with the Southern District of Indiana.

Accordingly, pursuant to 28 U.S.C. § 1404(a), **the clerk is directed** to transfer this action to the United States District Court for the Northern District of Indiana, Fort Wayne Division, and to **close this action** on the docket. The **clerk is also directed** to terminate as a motion the plaintiff's motion for leave to proceed *in forma pauperis*, dkt. [2], leaving disposition of the motion to the Northern District court.

**SO ORDERED.**

1

Date: 7/2/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Stacey Evan Petit
706413
Apalachee Correctional Institution
35 Apalachee Drive
Sneads, FL 32460